UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

PATTY RAE RICHENDIFER-SCARPELLI,

        Debtor.

PATTY RAE RICHENDIFER-SCARPELLI,

        Plaintiff/Appellant,

v.

THE BANK OF NEW YORK MELLON,

        Defendant/Appellee.

C17-1390 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's *in forma pauperis* (IFP) application, docket no. 5, is DENIED without prejudice to Plaintiff filing a complete application in accordance with Local Civil Rule 3(c)(1) by answering all of the questions contained in the IFP application approved for use in this District.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 5th day of October, 2017.

                                    William M. McCool
                                    Clerk

                                    s/Karen Dews
                                    Deputy Clerk

MINUTE ORDER - 1