UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>PATTY RAE RICHENDIFER-SCARPELLI,<br><br>        Debtor.<br><br>PATTY RAE RICHENDIFER-SCARPELLI,<br><br>        Plaintiff/Appellant,<br><br>    v.<br><br>THE BANK OF NEW YORK MELLON,<br><br>        Defendant/Appellee. | C17-1390 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having filed a deficient appeal of U.S. Bankruptcy Court matter no. 17-13146-CMA, appellant Patty Rae Richendifer-Scarpelli is hereby DIRECTED to show cause within thirty (30) days of the date of this Minute Order why this appeal should not be dismissed for the reasons set forth in the Notice of Appeal Status/Notice of Deficiency, docket no. 7, including: (1) failure to pay Filing Fee; (2) failure to file Appellant Designation of Record; and (3) failure to file Appellant Statement of Issues. Appellant Patty Rae Richendifer-Scarpelli is ADVISED that failure to respond to this Minute Order within thirty (30) days may constitute grounds for entering default against her.

MINUTE ORDER - 1

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to appellant Patty Rae Richendifer-Scarpelli pro se.

Dated this 25th day of October, 2017.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk

MINUTE ORDER - 2