UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>PATTY RAE RICHENDIFER-SCARPELLI,<br><br>        Debtor.<br><br>PATTY RAE RICHENDIFER-SCARPELLI,<br><br>        Plaintiff/Appellant,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON,<br><br>        Defendant/Appellee. | C17-1390 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court previously entered a Minute Order directing appellant Patty Rae Richendifer-Scarpelli ("Appellant") to show cause by November 24, 2017, why her deficient appeal of U.S. Bankruptcy Court matter no. 17-13146-CMA should not be dismissed for the reasons set forth in the Notice of Appeal Status/Notice of Deficiency, docket no. 7, including: (1) failure to pay Filing Fee; (2) failure to file Appellant Designation of Record; and (3) failure to file Appellant Statement of Issues. *See* docket no. 8. Appellant has failed to respond or otherwise cure these deficiencies. Accordingly, Appellant's case is DISMISSED.

MINUTE ORDER - 1

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to appellant Patty Rae Richendifer-Scarpelli pro se.

Dated this 1st day of December, 2017.

William M. McCool<br>
Clerk

s/Karen Dews<br>
Deputy Clerk

MINUTE ORDER - 2